UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: James A. Bouchard and Karla A. Bouchard | CHAPTER 7 CASE NO. 09-31386-HJB |
|---|---|

STIPULATION ON U.S. BANK, N.A.'S MOTION FOR RELIEF FROM STAY

Now comes U.S. Bank, N.A. ("Lender") and James A. Bouchard and Karla A. Bouchard ("Debtors") and stipulate as follows:

1. The total arrearage as of December 16, 2009 is $7,284.49. This consists of the following post-petition payments and charges:

| | | |
|---|---|---|
| Payments: 9/09-10/09 | 2 @ $1,638.93 | $6,533.26 |
| 11/09-12/09 | 2 @ $1,627.75 | |
| Late Charges | | $101.13 |
| Attorneys Fees and Costs | | $650.00 |
| | **Total Amount Due** | **$7,284.49** |

**2.     Upon signature of this stipulation agreement, the Debtors shall make an initial payment to the Lender totaling $ 3,000.00. Once received and applied, the total arrearage shall be reduced to $4,284.49.**

**3.     Debtors shall make their regular monthly payment of $1,627.75 for January, 2010 and February, 2010 timely and within the grace period. On or before February 1, 2010, the debtors shall cure the remaining arrearage of $4,284.49.**

**\*If the debtors receive notice of a change to the regular monthly mortgage payment amount within the life of the stipulation, the debtors shall make the appropriate adjustment to the total monthly amount due. The monthly arrearage amount will not change.**

All payments should be made payable to U.S. Bank, N.A. and sent to the following address:

**U.S. Bank, N.A.
4801 Frederica St.
Owensboro, KY 42301**

4.     Commencing March 1, 2010, and monthly thereafter, the debtors shall make their regular monthly post-petition payments in the amount of $1,627.75 subject to change pursuant to the terms of the Note and Mortgage.

**5.     If the Debtors fail to make said payments by the dates specified in paragraph two or three of this stipulation, the Lender's Motion for Relief from Stay may be granted without hearing by the Court upon Lender filing a Certificate of Non-Compliance after ten (10) days notice of default to the Debtors and the Debtors' Attorney, by first class mail postage**

In Re: James A. Bouchard and Karla A. Bouchard
Case No. 09-31386-HJB
CHAPTER 7

**prepaid or facsimile. A $50.00 fee shall be charged for every Notice of Default a $150.00 fee shall be charged for every Certificate of Non-Compliance needed throughout the life of this stipulation agreement.**

6.   The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this    16th    day of December, 2009

U.S. Bank, N.A.
By Lender's attorney,


/s/ A. Rebecca Murray
A. Rebecca Murray, Esquire
BBO# 662635
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
781-292-3900
mabk@harmonlaw.com

James A. Bouchard and Karla A. Bouchard
By their Attorney,


/s/ Stuart E. Weitz
Stuart E. Weitz, Esquire for the Debtors
95 State Street, Sutie 715
Springfield, MA 01103

In Re: «DebtorNames»
Case No. «BCICaseNumber»
CHAPTER «Chapter»

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: James A. Bouchard and Karla A. Bouchard | CHAPTER 7<br>CASE NO. 09-31386-HJB |
|---|---|

CERTIFICATE OF SERVICE

    I, A. Rebecca Murray, Esquire, state that on December 16 , 2009, I electronically filed the foregoing Stipulation and Motion to Approve Stipulation with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Gary M. Weiner, Esquire, Chapter 7 Trustee
Stuart E. Weitz, Esquire for the Debtors
Martin A. Mooney, Esquire for DCFS Trust

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                        /s/ A. Rebecca Murray
                        A. Rebecca Murray, Esquire
                        BBO# 660312

James A. Bouchard
586 Roosevelt Avenue
Springfield, MA 01118

Karla A. Bouchard
586 Roosevelt Avenue
Springfield, MA 01118

City of Springfield Tax Collector
36 Court Street
Springfield, MA 01103

200910-1306/Ardolino-Bouchard, Karla