UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: James A. Bouchard and Karla A. Bouchard, Debtors. | CHAPTER 7<br>CASE NO. 09-31386-HJB |
|---|---|

**CERTIFICATE OF NON-COMPLIANCE**

I, A. Rebecca Murray, Esq. of HARMON LAW OFFICES, P.C., do hereby state as follows:

    1.    That this office represents U.S. Bank, N.A. under a mortgage given by Karla A. Ardolino-Bouchard and James A. Bouchard securing the real estate at 586 Roosevelt Avenue, Springfield, MA 01118.

    2.    A Stipulation was filed by U.S. Bank, N.A. on December 16, 2009 regarding its Motion for Relief from Stay. According to said Stipulation, the debtors, agreed to make an initial payment of $3,000.00, their regular monthly payments for January, 2010 and February, 2010 timely within the allotted grace period, and then cure the remaining arrearage of $4,284.49 by February 1, 2010.

    3.    Debtors, James A. Bouchard and Karla A. Bouchard, have defaulted upon the terms of the Stipulation by failing to make to cure the remaining arrearage of $4,284.49 according to the terms of said Stipulation Agreement.

    4.    On March 23, 2010 a ten day letter of notice of default was sent to the Debtors and to Debtors' counsel. To date, the default has not been cured.

    5.    Debtors, James A. Bouchard and Karla A. Bouchard, are also responsible for payment of their regular monthly mortgage payments for March, 2010 and April, 2010. While not part of the stipulation agreement, it puts the debtors farther into arrears if payment is not timely made.

    6.    The movant requests that the automatic stay be hereby terminated by the filing of this Certificate and relief from automatic stay be granted by the Court to allow U.S. Bank, N.A. to foreclose pursuant to the terms of said stipulation.

    Respectfully submitted,
    U.S. Bank, N.A.,
    By its Attorney

    /s/ A. Rebecca Murray
    A. Rebecca Murray, Esq.
    BBO# 660312
    HARMON LAW OFFICES, P.C.
    P.O. Box 610345
    Newton Highlands, MA 02461-0345
    781-292-3900
    mabk@harmonlaw.com

Dated: April 6, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In re: James A. Bouchard and Karla A. Bouchard, Debtors. | CHAPTER 7<br>CASE NO. 09-31386-HJB |
|---|---|

**<u>Order Granting Relief From The Automatic Stay And Leave To Foreclose Mortgage</u>**

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank, N.A., its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Karla A. Ardolino-Bouchard and James A. Bouchard to Mortagage Electronic Registration Systems, Inc., dated March 13, 2006 and registered with the Hampden County Registry District of the Land Court at Document No. 166736, as noted on Certificate of Title No. 31930 and which covers the premises located at 586 Roosevelt Avenue, Springfield, MA 01118, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____

Honorable Henry J. Boroff
United States Bankruptcy Judge

200910-1306

James A. Bouchard and Karla A. Bouchard.
09-31386-HJB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| IN RE: James A. Bouchard and Karla A. Bouchard | CHAPTER 7<br>CASE NO. 09-31386-HJB |
|---|---|

CERTIFICATE OF SERVICE

    I, A. Rebecca Murray, Esq., state that on April 6, 2010, I electronically filed the foregoing Certificate of Non-Compliance with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Gary M. Weiner, Esquire, Chapter 7 Trustee
Stuart E. Weitz, Esquire for the Debtors
Martin A. Mooney, Esquire for DCFS Trust

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                                             /s/ A. Rebecca Murray
                                                             A. Rebecca Murray, Esq.
                                                              BBO# 660312

James A. Bouchard
586 Roosevelt Avenue
Springfield, MA 01118


Karla A. Bouchard
586 Roosevelt Avenue
Springfield, MA 01118


City of Springfield Tax Collector
36 Court Street
Springfield, MA 01103

200910-1306/Ardolino-Bouchard, Karla